UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF LOS ANGELES and LOS ANGELES WORLD AIRPORTS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 08-cv-3337<br>)<br>)  Hon. James B. Moran<br>)  Magistrate Judge Sidney I. Schenkier<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

TO:   See Attached Certificate of Service

    **PLEASE TAKE NOTICE** that on June 30, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Objections by the City of Los Angeles to the Bankruptcy Court's Memorandum of Decision*, *Declaration of Sandra J. Miller*, and *Joint Designation of the Record on Appeal*, copies of which are hereby served upon you.

Dated:  June 30, 2008

                                                      Respectfully submitted,

                                                      KAYE SCHOLER LLC,

                                           By:   /s/ Robert M. Spalding

| | |
|---|---|
| ROCKARD J. DELGADILLO, City Attorney<br>KELLY MARTIN, General Counsel<br>JOHN TAVETIAN, Deputy City Attorney<br>OFFICE OF THE LOS ANGELES CITY<br>   ATTORNEY, AIRPORT DIVISION<br>1 World Way, P.O. Box 92216<br>Los Angeles, CA 90009-2216<br>Telephone:  (310) 646-3260<br>Facsimile:   (310) 646-9617<br><br>Marc S. Cohen<br>KAYE SCHOLER LLP<br>1999 Avenue of the Stars<br>Suite 1700 | Anthony G. Stamato (ARDC # 6207688)<br>Robert M. Spalding (ARDC # 6256701)<br>KAYE SCHOLER LLC<br>3 First National Plaza<br>70 West Madison Street, Suite 4100<br>Chicago, IL 60602-4231<br>Telephone: (312) 583-2300<br>Facsimile: (312) 583-2360<br><br>Jeffery A. Tomasevich<br>Steven S. Rosenthal<br>J.D. Taliaferro<br>KAYE SCHOLER LLP<br>901 Fifteenth Street, NW |

Los Angeles, CA  90067-6048  
Telephone: (310) 788-1000  
Facsimile: (310) 788-1200  

Washington, DC 20005  
Telephone (202) 682-3500  
Facsimile: (202) 682-3580  

*Counsel for the City of Los Angeles and Los Angeles World Airports*

## CERTIFICATE OF SERVICE

I, Robert M. Spalding, certify that on this 30th day of June, 2008, I caused to be served by hand and by electronic means through ECF as to E-Filing users, in compliance with Local Rule 5.5, a true and correct copy of the foregoing *Notice of Filing*, *Objections by the City of Los Angeles to the Bankruptcy Court's Memorandum of Decision*, *Declaration of Sandra J. Miller*, and *Joint Designation of the Record on Appeal* to be served upon the following:

> James C. Joslin
> Micah E. Marcus
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601
> jjoslin@kirkland.com
> mmarcus@kirkland.com
> *Counsel for United Air Lines, Inc.*

Service was made by other means to:

> United States Trustee
> Office of the United States Trustee
> 227 West Monroe Street
> Suite 3350
> Chicago, IL 60606

__/s/ Robert M. Spalding___<br>Robert M. Spalding