UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF LOS ANGELES and ) <br> LOS ANGELES WORLD AIRPORTS, ) <br> ) <br>    Defendants. ) <br> ) | Case No. 08-cv-3337 <br><br> Hon. James B. Moran <br> Magistrate Judge Sidney I. Schenkier |

**INSTANTER MOTION FOR LEAVE TO FILE
OBJECTIONS IN EXCESS OF 15 PAGES**

    The City of Los Angeles (the "City"), by and through its Department of Airports, also known as the Los Angeles World Airports ("LAWA") (the City and LAWA are collectively referred to herein as the "City"), respectfully submit this motion for leave, *instanter*, to file Objections by the City of Los Angeles to the Bankruptcy Court's Memorandum of Decision in excess of the page limitation set forth in Local Rule 7.1, or any other applicable rule, to the extent any such rules are applicable. In support of this motion, the City states as follows:

    1.    This lawsuit stems from the Chapter 11 bankruptcy petition filed by United Airlines, Inc. ("UAL") and from an adversary proceeding UAL commenced against the City on or about December 30, 2005 (the "Adversary Proceeding").

    2.    In the Adversary Proceeding, UAL seeks, *inter alia*, to enforce its purported contractual rights to operate turboprop airplanes from Terminal 8 at Los Angeles International Airport ("LAX"). The City contends that, for reasons of safety and efficiency, it may prohibit

the operation of turboprop airplanes from Terminal 8 by virtue of its regulatory authority over the operations at LAX.

3.  On May 31, 2008, the Bankruptcy Court entered a Memorandum of Decision ("MoD") recommending that this Court issue a permanent injunction that would prevent the City from enforcing its prohibition on turboprop operations at Terminal 8.

4.  The City is filing concurrently herewith Objections by the City of Los Angeles to the Bankruptcy Court's Memorandum of Decision ("Objections").  In the Objections, the City asks this Court to reject certain of the Bankruptcy Court's proposed findings of fact and conclusions of law and to dissolve the injunction pending its review of the MoD.

5.  To the extent the page limits set forth in Local Rule 7.1, or any other rule, are applicable to the Objections, the City respectfully requests leave, *instanter*, to file its Objections notwithstanding any such page limitations in order to provide the Court will a full and fair explanation of this complex dispute and the basis for the relief the City requests.

WHEREFORE, the City respectfully requests that this Court enter an order granting the City *instanter* leave to file the Objections in excess of 15 pages.

Dated:  June 30, 2008

Respectfully submitted,

KAYE SCHOLER LLC,

By:   __/s/ Robert M. Spalding_____

ROCKARD J. DELGADILLO, City Attorney
KELLY MARTIN, General Counsel
JOHN TAVETIAN, Deputy City Attorney
OFFICE OF THE LOS ANGELES CITY
    ATTORNEY, AIRPORT DIVISION
1 World Way, P.O. Box 92216
Los Angeles, CA 90009-2216
Telephone:  (310) 646-3260
Facsimile:   (310) 646-9617

Anthony G. Stamato (ARDC # 6207688)
Robert M. Spalding (ARDC # 6256701)
KAYE SCHOLER LLC
3 First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Jeffery A. Tomasevich

| | |
|---|---|
| Marc S. Cohen | Steven S. Rosenthal |
| KAYE SCHOLER LLP | J.D. Taliaferro |
| 1999 Avenue of the Stars | KAYE SCHOLER LLP |
| Suite 1700 | 901 Fifteenth Street, NW |
| Los Angeles, CA 90067-6048 | Washington, DC 20005 |
| Telephone: (310) 788-1000 | Telephone (202) 682-3500 |
| Facsimile: (310) 788-1200 | Facsimile: (202) 682-3580 |

*Counsel for the City of Los Angeles and Los Angeles World Airports*

## CERTIFICATE OF SERVICE

I, Robert M. Spalding, certify that on this 30th day of June, 2008, I caused to be served by hand and by electronic means through ECF as to E-Filing users, in compliance with Local Rule 5.5, a true and correct copy of the foregoing *Notice of Motion*, and *Instanter Motion for Leave to File Objections in Excess of 15 pages* to be served upon the following:

>James C. Joslin
>Micah E. Marcus
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL  60601
>jjoslin@kirkland.com
>mmarcus@kirkland.com
>*Counsel for United Air Lines, Inc.*

Service was made by other means to:

>United States Trustee
>Office of the United States Trustee
>227 West Monroe Street
>Suite 3350
>Chicago, IL 60606

>__/s/ Robert M. Spalding___
>Robert M. Spalding