UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF LOS ANGELES and LOS ANGELES WORLD AIRPORTS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08-cv-3337 <br><br> Hon. James B. Moran <br> Magistrate Judge Sidney I. Schenkier |

**NOTICE OF MOTION**

TO:   See Attached Certificate of Service

    **PLEASE TAKE NOTICE** that on July 10, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Moran or such other judge that may be sitting in his place and stead, in Courtroom 1834 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached *Instanter Motion for Leave to File Objections in Excess of 15 Pages*, a copy of which is hereby served upon you.

Dated: June 30, 2008

Respectfully submitted,

KAYE SCHOLER LLC,

By: __/s/ Robert M. Spalding_____

| | |
|---|---|
| ROCKARD J. DELGADILLO, City Attorney <br> KELLY MARTIN, General Counsel <br> JOHN TAVETIAN, Deputy City Attorney <br> OFFICE OF THE LOS ANGELES CITY <br>    ATTORNEY, AIRPORT DIVISION <br> 1 World Way, P.O. Box 92216 <br> Los Angeles, CA 90009-2216 <br> Telephone:  (310) 646-3260 <br> Facsimile:   (310) 646-9617 <br><br> Marc S. Cohen <br> KAYE SCHOLER LLP <br> 1999 Avenue of the Stars | Anthony G. Stamato (ARDC # 6207688) <br> Robert M. Spalding (ARDC # 6256701) <br> KAYE SCHOLER LLC <br> 3 First National Plaza <br> 70 West Madison Street, Suite 4100 <br> Chicago, IL 60602-4231 <br> Telephone: (312) 583-2300 <br> Facsimile: (312) 583-2360 <br><br> Jeffery A. Tomasevich <br> Steven S. Rosenthal <br> J.D. Taliaferro <br> KAYE SCHOLER LLP |

1

Suite 1700  
Los Angeles, CA  90067-6048  
Telephone: (310) 788-1000  
Facsimile: (310) 788-1200  

901 Fifteenth Street, NW  
Washington, DC 20005  
Telephone (202) 682-3500  
Facsimile: (202) 682-3580  

*Counsel for the City of Los Angeles and Los Angeles World Airports*

## CERTIFICATE OF SERVICE

I, Robert M. Spalding, certify that on this 30th day of June, 2008, I caused to be served by hand and by electronic means through ECF as to E-Filing users, in compliance with Local Rule 5.5, a true and correct copy of the foregoing *Notice of Motion*, and *Instanter Motion for Leave to File Objections in Excess of 15 Pages* to be served upon the following:

> James C. Joslin
> Micah E. Marcus
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL 60601
> jjoslin@kirkland.com
> mmarcus@kirkland.com
> *Counsel for United Air Lines, Inc.*

Service was made by other means to:

> United States Trustee
> Office of the United States Trustee
> 227 West Monroe Street
> Suite 3350
> Chicago, IL 60606

> ___/s/ Robert M. Spalding___
> Robert M. Spalding