IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Case No. 02-B-48191** |
| | ) | **(Jointly Administered)** |
|     **Reorganized Debtors.** | ) | |
| _____ | ) | |
| | ) | |
| **UNITED AIR LINES, INC.,** | ) | **Adversary Proceeding No. 05-02806** |
| | ) | |
|     **Plaintiff,** | ) | |
|                **v.** | ) | **08 cv 3337** |
| | ) | |
| **THE CITY OF LOS ANGELES,** a | ) | **Judge Moran** |
| municipal corporation, and **LOS** | ) | **Magistrate Judge Schenkier** |
| **ANGELES WORLD AIRPORTS,** | ) | **Hearing Date: July 10, 2008 @ 9:00 a.m.** |
| | ) | |
|     **Defendants.** | ) | |

## NOTICE OF MOTION

**TO:**    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 10th day of July, 2008, United shall appear before the Honorable Judge James B. Moran in the room usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, and present the attached **Agreed Motion For Extension Of Time And Authority For United To File Brief In Excess Of 15 Pages** copy of which is attached hereto and herewith served upon you.

      **PLEASE TAKE FURTHER NOTICE** that you may obtain further
      information concerning these Chapter 11 cases:

- At the United States Bankruptcy Court, Northern District of Illinois at either wwww.ilnb.uscourts.gov (home page); or

- At the Debtors' private website at www.pd-ual.com.

Chicago, Illinois  
Dated: July 1, 2008

Respectfully submitted,

   /s/ Micah E. Marcus  
James Joslin (ARDC No. 6229288)  
Alex Karan (ARDC No. 6272495)  
Micah E. Marcus (ARDC No. 6257569)  
KIRKLAND & ELLIS LLP  
200 East Randolph Drive  
Chicago, Illinois 60601  
(312) 861-2000 (telephone)  
(312) 861-2200 (facsimile)

Counsel for United Air Lines, Inc.

## CERTIFICATE OF SERVICE

I, Micah E. Marcus an attorney, certify that on the 1st day of July 2008, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address), by overnight delivery (to all parties in the Core Group who have not provided an e-mail address or a facsimile number) a true and correct copy of the foregoing **Agreed Motion For Extension Of Time And Authority For United To File Brief In Excess Of 15 Pages,** on the parties in the attached service list.

Dated: July 1, 2008

   / s /  Micah E. Marcus  
Micah E. Marcus

## **AFFECTED PARTIES**

| | |
|---|---|
| John J. Bingham, Jr.<br>Walter K. Oetzell<br>Aaron E. De Leest<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, California 90067 | Ann E. Pile<br>Erich S. Buck<br>Reed Smith LLP<br>10 South Wacker Drive<br>Suite 4000<br>Chicago, IL 60606 |
| Rockard J. Delgadillo<br>Eduardo Angeles<br>John M. Werlich<br>Office of the Los Angeles City Attorney<br>Airport Division<br>1 World Way, P.O. Box 92216<br>Los Angeles, California 90009-2216 | Marc Cohen<br>Kaye Scholer LLP<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 |
| Jeffery A. Tomasevich<br>John D. Taliaferro<br>Steven S. Rosenthal<br>Kaye Scholer LLP<br>901 15th St., N.W.<br>Washington, DC 20005 | Anthony G. Stamato<br>Robert M. Spalding<br>Kaye Scholer LLP<br>3 First National Plaza<br>70 West Madison Street<br>Chicago, IL 60602 |
| William W. Kannel<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111 | |