Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3337 | **DATE** | 7/10/2008 |
| **CASE TITLE** | UNITED AIR LINES, INC. Vs. THE CITY OF LOS ANGELES, et al | | |

**DOCKET ENTRY TEXT**

Defendants (City) instanter motion for leave to file objections in excess of 15 pages [17] is granted. Plaintiffs' agreed motion for extension of time and authority for United to file brief in excess of 15 pages [19] is granted. Enter Agreed Order. The Parties are both granted until 8/15/2008 to file a response to the other Party's Objections to the Proposed Order. United is granted leave to file brief in excess of 15 pages, up to and including 60 pages, with respect to its response to the Objections filed by the City.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

U.S. DISTRICT COURT
2008 JUL 10 PM 4:48
FILED