UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF LOS ANGELES and LOS ANGELES WORLD AIRPORTS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 08-cv-3337 <br><br> Hon. James B. Moran <br> Magistrate Judge Sidney I. Schenkier |

### NOTICE OF FILING

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on August 15, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Response by the City of Los Angeles to the Objections Filed by United Air Lines, Inc. to the Bankruptcy Court's Memorandum of Decision*, a copy of which is hereby served upon you.

Dated: August 15, 2008

Respectfully submitted,

KAYE SCHOLER LLC,

By:  __/s/ Robert M. Spalding_____

| | |
|---|---|
| ROCKARD J. DELGADILLO, City Attorney <br> KELLY MARTIN, General Counsel <br> JOHN TAVETIAN, Deputy City Attorney <br> OFFICE OF THE LOS ANGELES CITY <br>   ATTORNEY, AIRPORT DIVISION <br> 1 World Way, P.O. Box 92216 <br> Los Angeles, CA 90009-2216 <br> Telephone:  (310) 646-3260 <br> Facsimile:    (310) 646-9617 <br><br> Marc S. Cohen <br> KAYE SCHOLER LLP <br> 1999 Avenue of the Stars <br> Suite 1700 <br> Los Angeles, CA  90067-6048 | Anthony G. Stamato (ARDC # 6207688) <br> Robert M. Spalding (ARDC # 6256701) <br> KAYE SCHOLER LLC <br> 3 First National Plaza <br> 70 West Madison Street, Suite 4100 <br> Chicago, IL 60602-4231 <br> Telephone: (312) 583-2300 <br> Facsimile: (312) 583-2360 <br><br> Jeffery A. Tomasevich <br> Steven S. Rosenthal <br> J.D. Taliaferro <br> KAYE SCHOLER LLP <br> 901 Fifteenth Street, NW <br> Washington, DC 20005 |

1

Telephone: (310) 788-1000  
Facsimile: (310) 788-1200

Telephone (202) 682-3500  
Facsimile: (202) 682-3580

*Counsel for the City of Los Angeles and  
Los Angeles World Airports*

## CERTIFICATE OF SERVICE

I, Robert M. Spalding, certify that on this 15th day of August, 2008, I caused to be served by hand and by electronic means through ECF as to E-Filing users, in compliance with Local Rule 5.5, a true and correct copy of the foregoing *Notice of Filing* and *Response by the City of Los Angeles to the Objections Filed by United Air Lines, Inc. to the Bankruptcy Court's Memorandum of Decision* to be served upon the following:

>James C. Joslin
>Micah E. Marcus
>Kirkland & Ellis LLP
>200 East Randolph Drive
>Chicago, IL  60601
>jjoslin@kirkland.com
>mmarcus@kirkland.com
>*Counsel for United Air Lines, Inc.*

Service was made by other means to:

>United States Trustee
>Office of the United States Trustee
>Dirksen Federal Courthouse
>219 S. Dearborn Street, Suite 873
>Chicago, IL 60606

>__/s/ Robert M. Spalding___
>Robert M. Spalding