# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **UAL CORPORATION, et al.,** | ) | **Case No. 02-B-48191** |
| | ) | **(Jointly Administered)** |
| Reorganized Debtors. | ) | |
| _____ | ) | |
| | ) | |
| **UNITED AIR LINES, INC.,** | ) | **Adversary Proceeding No. 05-02806** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **08 cv 3337** |
| | ) | |
| **THE CITY OF LOS ANGELES,** a | ) | **Judge Moran** |
| municipal corporation, and **LOS** | ) | **Magistrate Judge Schenkier** |
| **ANGELES WORLD AIRPORTS,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 15th day of August 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn St., Chicago, Illinois 60604, **United Air Lines' Response to Defendants' Objection to the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law,** a copy of which is attached hereto and herewith served upon you.

PLEASE TAKE FURTHER NOTICE that you may obtain further information concerning these Chapter 11 cases:

- At the website of the United States Bankruptcy Court, Northern District of Illinois at www.ilnb.uscourts.gov (home page); or

    At the Debtors' private web site at www.pd-ual.com

## CERTIFICATE OF SERVICE

I, James Joslin, certify that on the 15th day of August, 2008, I caused to be served, by e-mail (to parties who have provided an e-mail address), facsimile (to parties who have not provided an e-mail address) or by overnight delivery (to all parties who have not provided an e-mail address or a facsimile number), a true and correct copy of the foregoing **UNITED AIR LINES, INC.'S RESPONSE TO DEFENDANTS' OBJECTION TO THE BANKRUPTCY COURT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** on the parties on the attached service lists.

Dated: August 15, 2008                             ___/s/  James Joslin____
      Chicago, Illinois                                              James Joslin

## AFFECTED PARTIES

| | |
|---|---|
| John J. Bingham, Jr.<br>Walter K. Oetzell<br>Aaron E. De Leest<br>Danning, Gill, Diamond & Kollitz, LLP<br>2029 Century Park East, Third Floor<br>Los Angeles, California 90067 | Rockard J. Delgadillo<br>Eduardo Angeles<br>John M. Werlich<br>Office of the Los Angeles City Attorney<br>Airport Division<br>1 World Way, P.O. Box 92216<br>Los Angeles, California 90009-2216 |
| Marc Cohen<br>Kaye Scholer LLP<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067 | Jeffery A. Tomasevich<br>John D. Taliaferro<br>Steven S. Rosenthal<br>Kaye Scholer LLP<br>901 15th St., N.W.<br>Washington, DC 20005 |
| Anthony G. Stamato<br>Robert M. Spalding<br>Kaye Scholer LLP<br>3 First National Plaza<br>70 West Madison Street<br>Chicago, IL 60602 | William W. Kannel<br>Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111 |

# CORE GROUP SERVICE LIST

| | |
|---|---|
| Reorganized Debtors:<br>United Air Lines, Inc.<br>WHQLD<br>1200 East Algonquin Road<br>Elk Grove Village, Illinois 60007<br>Attn:  John Lakosil<br>Phone:  (847) 700-4462<br>Facsimile:  (847) 700-4683 | Counsel to Reorganized Debtors:<br>Kirkland & Ellis<br>200 East Randolph Street<br>Chicago, Illinois 60601<br>Attn:  Marc Kieselstein, P.C.<br>        David R. Seligman<br>        Erik W. Chalut<br>Phone:  (312) 861-2000<br>Facsimile:  (312) 861-2200 |
| Office of the United States Trustee:<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois 60606<br>Attn:  Stephen Wolfe<br>Phone:  (312) 886-5785<br>Facsimile:  (312) 886-5794 | Counsel to the Reorganized Debtors' debtor in possession lender (CIT Group):<br>Schulte, Roth & Zabel<br>919 Third Avenue<br>New York, New York 10022<br>Attn:  Robert J. Mrofka<br>Phone:  (212) 756-2000<br>Facsimile:  (212) 593-5955 |
| Counsel to the Reorganized Debtors' debtor in possession lender and exit lender (Citibank and JP Morgan):<br>Morgan, Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Attn:  Richard S. Toder<br>        Jay Teitelbaum<br>Phone:  (212) 309-6000<br>Facsimile:  (212) 309-6001 | Counsel to the Reorganized Debtors' debtor in possession lender and exit lender (Citibank and JP Morgan):<br>Kaye Scholer, LLP<br>3 First National Plaza, Suite 4100<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn:  Michael B. Solow<br>Phone:  (312) 583-2300<br>Facsimile:  (312) 583-2360 |
| Counsel to the Reorganized Debtors' debtor in possession lender and exit lender (General Electric Capital Corporation):<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Richard P. Krasnow<br>        Scott E. Cohen<br>Phone:  (212) 310-8000<br>Facsimile:  (212) 310-8007 | Official Notice and Claims Agent:<br>Poorman-Douglas Corporation<br>10300 SW Allen Boulevard<br>Beaverton, Oregon 97005<br>Attn:  Tina Wheelon<br>Phone:  (503) 277-7999<br>Facsimile:  (503) 350-5230 |