**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED AIR LINES, INC.,** ) ) ) | |
| Plaintiff, ) ) | Case No. 08-cv-3337 |
| v. ) ) | Hon. James B. Moran |
|  ) | Magistrate Judge Sidney I. Schenkier |
| **THE CITY OF LOS ANGELES and** ) **LOS ANGELES WORLD AIRPORTS,** ) ) | |
| Defendants. ) ) | |

**AGREED MOTION FOR LEAVE TO**
**FILE REPLIES TO OBJECTIONS**

Plaintiff United Air Lines, Inc. ("United") and The City of Los Angeles (the "City"), by and through its Department of Airports, also known as the Los Angeles World Airports ("LAWA") (the City and LAWA are collectively referred to herein as the "City"), respectfully request leave to file reply briefs, not to exceed 15 pages, in support of their respective objections to the Bankruptcy Court's Memorandum of Decision. In support of this motion, the parties states as follows:

1. This lawsuit stems from the Chapter 11 bankruptcy petition filed by United Airlines, Inc. ("UAL") and from an adversary proceeding UAL commenced against the City on or about December 30, 2005 (the "Adversary Proceeding").

2. On May 31, 2008, the Bankruptcy Court entered a Memorandum of Decision ("MoD") which, among other things, recommended that this Court issue a permanent injunction preventing the City from enforcing its prohibition on turboprop operations at Terminal 8.

3. On June 30, 2008, the parties both submitted objections to the MoD ("Objections"). Response briefs were submitted by the parties on August 15, 2008.

4. The parties believe that the submission of reply briefs in support of the parties' respective Objections will assist this Court in deciding whether to accept or reject the Bankruptcy Court's recommendations in the MoD.

WHEREFORE, the City respectfully requests that this Court enter an order granting the parties leave to submit reply briefs, not to exceed 15 pages, in support of their respective Objections no later than September 5, 2008.

Dated: August 22, 2008                                  Respectfully submitted,

KIRKLAND & ELLIS LLP,                                   KAYE SCHOLER LLC,

By:   /s/ by Robert M. Spalding with
         permission of James C. Joslin                  By:   /s/ Robert M. Spalding
   James Joslin (ARDC No. 6229288)                         Anthony G. Stamato (ARDC # 6207688)
   Alex Karan (ARDC No. 6272495)                           Robert M. Spalding (ARDC # 6256701)
   Micah E. Marcus (ARDC No. 6257569)                      KAYE SCHOLER LLC
   KIRKLAND & ELLIS LLP                                    3 First National Plaza
   200 East Randolph Drive                                 70 West Madison Street, Suite 4100
   Chicago, IL  60601                                      Chicago, IL 60602-4231
   (312) 861-2000 (telephone)                              Telephone: (312) 583-2300
   (312) 861-2200 (facsimile)                              Facsimile: (312) 583-2360

   *Counsel for United Air Lines, Inc.*                    Jeffery A. Tomasevich (*pro hac vice*)
                                                           Steven S. Rosenthal (*pro hac vice*)
                                                           KAYE SCHOLER LLP
                                                           901 Fifteenth Street, NW
                                                           Washington, DC 20005
                                                           Telephone (202) 682-3500
                                                           Facsimile: (202) 682-3580

                                                           Marc S. Cohen (*pro hac vice*)
                                                           KAYE SCHOLER LLP
                                                           1999 Avenue of the Stars, Suite 1700
                                                           Los Angeles, CA  90067-6048
                                                           Telephone: (310) 788-1000
                                                           Facsimile: (310) 788-1200

ROCKARD J. DELGADILLO,
 City Attorney
KELLY MARTIN, General Counsel
JOHN TAVETIAN, Deputy City Attorney
OFFICE OF THE LOS ANGELES CITY
  ATTORNEY, AIRPORT DIVISION
1 World Way, P.O. Box 92216
Los Angeles, CA 90009-2216
Telephone:  (310) 646-3260
Facsimile:  (310) 646-9617

*Counsel for the City of Los Angeles and
Los Angeles World Airports*