# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3337 | **DATE** | 8/26/2008 |
| **CASE TITLE** | UNITED AIR LINES, INC. Vs. THE CITY OF LOS ANGELES, et al | | |

**DOCKET ENTRY TEXT**

Agreed motion for leave to file replies to objections [27] is granted. Enter Order. The parties may file reply briefs, not to exceed 15 pages, in support of their respective objections to the Bankruptcy Court's Memorandum of Decision dated May 31, 2008. The reply briefs shall be submitted no later than September 5, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|