UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF LOS ANGELES and ) <br> LOS ANGELES WORLD AIRPORTS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 08-cv-3337 <br><br> Hon. James B. Moran <br> Magistrate Judge Sidney I. Schenkier |

### ORDER GRANTING AGREED MOTION FOR
### LEAVE TO FILE REPLIES TO OBJECTIONS

Upon the parties' August 22, 2008 Agreed Motion for Leave to File Replies to Objections ("Motion"), proper notice having been given; and the Court having reviewed and considered the motion, **IT IS HEREBY AGREED, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is hereby granted.

2. The parties may file reply briefs, not to exceed 15 pages, in support of their respective objections to the Bankruptcy Court's Memorandum of Decision dated May 31, 2008. The reply briefs shall be submitted no later than September 5, 2008.

Dated: Chicago, Illinois
August 26, 2008

JAMES B. MORAN
United States District Judge