UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED AIR LINES, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF LOS ANGELES and<br>LOS ANGELES WORLD AIRPORTS,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 08-cv-3337<br>)<br>) Hon. James B. Moran<br>) Magistrate Judge Sidney I. Schenkier<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

TO:　See Attached Certificate of Service

　　**PLEASE TAKE NOTICE** that on September 5, 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, *Reply by the City of Los Angeles in Support of its Objections to the Bankruptcy Court's Memorandum of Decision*, a copy of which is hereby served upon you.

Dated: September 5, 2007

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　KAYE SCHOLER LLC,

　　　　　　　　　　　　　　　By:　/s/ Robert M. Spalding

ROCKARD J. DELGADILLO, City Attorney
KELLY MARTIN, General Counsel
JOHN TAVETIAN, Deputy City Attorney
OFFICE OF THE LOS ANGELES CITY
　ATTORNEY, AIRPORT DIVISION
1 World Way, P.O. Box 92216
Los Angeles, CA 90009-2216
Telephone:　(310) 646-3260
Facsimile:　(310) 646-9617

Marc S. Cohen
KAYE SCHOLER LLP
1999 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067-6048

Anthony G. Stamato (ARDC #6207688)
Robert M. Spalding (ARDC #6256701)
KAYE SCHOLER LLC
3 First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360

Jeffery A. Tomasevich
Steven S. Rosenthal
J.D. Taliaferro
KAYE SCHOLER LLP
901 Fifteenth Street, NW
Washington, DC 20005

Telephone: (310) 788-1000  Telephone (202) 682-3500
Facsimile: (310) 788-1200  Facsimile: (202) 682-3580

*Counsel for the City of Los Angeles and
Los Angeles World Airp`orts*

## **CERTIFICATE OF SERVICE**

I, Robert M. Spalding, certify that on this 5th day of September, 2008, I caused to be served by hand and by electronic means through ECF as to E-Filing users, in compliance with Local Rule 5.5, a true and correct copy of the foregoing *Notice of Filing* and *Response by the City of Los Angeles to the Objections Filed by United Air Lines, Inc. to the Bankruptcy Court's Memorandum of Decision* to be served upon the following:

> James C. Joslin
> Micah E. Marcus
> Kirkland & Ellis LLP
> 200 East Randolph Drive
> Chicago, IL  60601
> jjoslin@kirkland.com
> mmarcus@kirkland.com
> *Counsel for United Air Lines, Inc.*

Service was also made by hand to:

> United States Trustee
> Office of the United States Trustee
> Dirksen Federal Courthouse
> 219 S. Dearborn Street, Suite 873
> Chicago, IL 60606

                                            __/s/ Robert M. Spalding___
                                               Robert M. Spalding